**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICOLE DAVIS, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>KITCHEN KINGS, INC.<br><br>　　　　　Defendant. | **Case No.: 1:24-cv-12060-GNA**<br><br><br>**NOTICE OF SETTLEMENT AS TO KITCHEN KINGS, INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff Nicole Davis and Defendant Kitchen Kings, Inc. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Kitchen Kings, Inc. Plaintiff also request that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

RESPECTFULLY SUBMITTED this 6th of February 2025.

*/s/ Paul Camarena*

Paul Camarena, Esq.
1016 W. Jackson, No.32
Chicago, IL 60607
Tel: (630) 534-2527
Email: northandsedgwicklaw@gmail.com

*Attorney for Plaintiff*